ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Petition of - | ) |
| | ) |
| California Department of Rehabilitation | ) ASBCA No. 63817-PET |
| | ) |
| Under Contract No. W9124J-19-D-0006 | ) |

APPEARANCE FOR THE PETITIONER:     Elizabeth K. Colegrove, Esq.
     California Department of Rehabilitation
     Sacramento, CA

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
     Army Chief Trial Attorney
     CPT Dmitrius Ramon McGruder, JA
     Trial Attorney

### ORDER PURSUANT TO RULE 1(a)(5)
### DIRECTING CONTRACTING OFFICER TO ISSUE DECISION

The contractor filed, under Rule 1(a)(5), a request for an order directing the contracting officer to render a decision on a September 22, 2023 claim for $1,076,191.00. The government has advised that a final decision on the claim will be issued by March 29, 2024.  We deem this date reasonable.

Accordingly, the Board hereby directs the contracting officer to issue a decision on the contractor's claim by March 29, 2024.

This Order completes all necessary action by the Board.  If the contracting officer fails to comply with this Order, such failure will be deemed a decision by the contracting officer denying the claim, and the contractor may appeal to this Board or bring an action in the United States Court of Federal Claims pursuant to the Contract Disputes Act, 41 U.S.C. §§ 7103(f)(5), or 7104, as appropriate.

Dated:  March 7, 2024

_____
John J. Thrasher
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                    I concur


_____                   _____
OWEN C. WILSON                              MICHAEL N. O'CONNELL
Administrative Judge                        Administrative Judge
Vice Chairman                               Vice Chairman
Armed Services Board                        Armed Services Board
of Contract Appeals                         of Contract Appeals


I certify that the foregoing is a true copy of the Order Pursuant to Rule 1(a)(5) of the
Armed Services Board of Contract Appeals in ASBCA No. 63817-PET, Petition of
California Department of Rehabilitation, rendered in conformance with the Board's
Charter.

        Dated:  March 7, 2024


                                    _____
                                    PAULLA K. GATES-LEWIS
                                    Recorder, Armed Services
                                    Board of Contract Appeals


2